GORDON v. NORTHWESTERN NAT. LIFE INS. CO.

(Circuit Court of Appeals. Fifth Circuit. April 9, 1912.)

No. 2,164.

On petition for rehearing. Denied.

For former opinion, see 193 Fed. 405.

Before McCORMICK and SHELBY, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. The cause was properly removed from the state court to the Circuit Court. We cannot, therefore, grant the prayer of the petition to remand the cause. On re-examination of the question, we adhere to our opinion as to the proper construction of the contract sued on.

The petition for a rehearing is denied.